IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **CASHAYLA GARNETT,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:11-cv-2286-O |
| § | |
| **PNC MORTGAGE, et al.,** § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendant PNC Mortgage's Motion to Dismiss (ECF No. 7) is **GRANTED** and Plaintiff's claims against Defendant PNC Mortgage are **DISMISSED** with prejudice.

**SO ORDERED** on this **16th day** of **February, 2012.**

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**