IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CASHAYLA GARNETT, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 3:11-cv-2286-O |
| § | |
| PNC MORTGAGE, et al., § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, Defendant Barrett Daffin Frappier Turner & Engel, LLP's Motion to Dismiss (ECF No. 9) is **GRANTED** and Plaintiff's claims against Defendant Barrett Daffin Frappier Turner & Engel, LLP are **DISMISSED** with prejudice.

**SO ORDERED** on this **21st day** of **May, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**