**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **CASHAYLA GARNETT,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-cv-2286-O |
| | § | |
| **PNC MORTGAGE, et al.,** | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. Accordingly, it is **ORDERED** that, in accordance with Federal Rule of Civil Procedure 4(m), Plaintiff's claims against Defendant Mortgage Electronic Registration Service ("MERS") are **DISMISSED without prejudice**.

**SO ORDERED** on this **19th day** of **June, 2012.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**